UNITED STATES DISTRICT COURT

FOR DISTRICT OF OREGON

PORTLAND DIVISION

JENNIFER RAE GUNTER, individually and as a natural parent of A.G.; ROBERT JAY SCHWARTZ, individually and as a natural parent of J.S.; HOLLY LYNN GOVE, individually and as a natural parent of M.G.; CHELSEA ELIZABETH PERRITT, individually and as a natural parent of L.P.

      Plaintiff(s),

      v.

NORTH WASCO COUNTY SCHOOL DISTRICT BOARD OF EDUCATION; CAROLYN BERNAL, in her individual capacity and in her official capacity as Superintendent of the North Wasco County Public School District; and REBECCA THISTLETHWAITE, DAWN RASMUSSEN, DAVID JONES, JOHN NELSON, BRIAN STEVENS, JOSE APARICIO, JUDY RICHARDSON, all in their individual capacities and in their capacities as members of the North Wasco County School District Board of Education,

      Defendant(s).

Case No.:  3:21-cv-01661-YY

## MOTION FOR EXTENSION OF TIME TO AMEND VERIFIED COMPLAINT FOR DECLARATORY JUDGEMENT

Plaintiffs move this court for an extension of time of 24 days from January 21, 2022, to and including February 14, 2022, to serve and file the Amended Verified Complaint for Declaratory Judgement. The (Amended Verified Complaint for Declaratory Judgement is due on January 21,

2022; this is the 1st extension for a total of 54 days. The reason for the request is extended time to seek and retain possible council for plaintiffs and or minors, as 30-day time frame order was submitted 3 days prior to the Christmas Holiday, most law offices were closed or on vacation through the New Year seeking representation has been challenging, as well as firms are overflowing with current caseloads.  Furthermore, extend time to amend complaint and adjust parties. Counsel was notified 1/20/22 of intentions. Position of the opposing counsel is unconfirmed currently. I certify that, upon the confirmation email stating that the document has been accepted by the eFiling system, this Motion will be eServed pursuant to ORAP 16.45 on Mr. Brett Mersereau.

Respectfully submitted this _____January 21, 2022_____.

*/s/ Jennifer Rae Gunter*
1601 G St.
The Dalles, OR 97058
(Telephone) 541-993-5366

*/s/ Robert Jay Schwartz ND LAC*
3135 Mill Creek Road
The Dalles, OR 97058
(Telephone) 541-296-8988

*/s/ Holly Lynn Gove*
421 W. 15th St
The Dalles, OR 97058
(Telephone) 541-993-4707

*/s/ Chelsea Elizabeth Perritt*
219 W. 14th Street
The Dalles, OR 97058
(Telephone) 503-437-8370