JENNIFER RAE GUNTER
Email: Jennof4@gmail.com
1601 G St., The Dalles, OR 97058
Phone: 541-993-5366
ROBERT JAY SCHWARTZ
Email: udidya@gmail.com
3135 Mill Creek Road, The Dalles, OR 97058
Phone: 541-296-8988
HOLLY LYNN GOVE
Email:  Hollygove1969@gmail.com
421 W. 15th St, The Dalles, OR 97058
Phone: 541-993-4707
CHELSEA ELIZABETH PERRITT
Email: chelseaperritt@gmail.com
219 W. 14th Street, The Dalles, OR 97058
Phone: 503-437-8370

Plaintiffs, appearing Pro Se

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| JENNIFER RAE GUNTER, individually and as a natural parent of A.G.; ROBERT JAY SCHWARTZ, individually and as a natural parent of J.S.; HOLLY LYNN GOVE, individually and as a natural parent of M.G.; CHELSEA ELIZABETH PERRITT, individually and as a natural parent of L.P. | Case No.:  3:21-cv-01661-YY |
| Plaintiff(s), | NOTICE OF WITHDRAWL OF INTENT TO AMEND COMPLAINT |
| v. | |
| NORTH WASCO COUNTY SCHOOL DISTRICT BOARD OF EDUCATION; CAROLYN BERNAL, in her individual | |

capacity and in her official capacity as Superintendent of the North Wasco County Public School District; and REBECCA THISTLETHWAITE, DAWN RASMUSSEN, DAVID JONES, JOHN NELSON, BRIAN STEVENS, JOSE APARICIO, JUDY RICHARDSON, all in their individual capacities and in their capacities as members of the North Wasco County School District Board of Education,

                Defendant(s)

UNITED STATES DISTRICT COURT

FOR DISTRICT OF OREGON

PORTLAND DIVISION

JENNIFER RAE GUNTER, individually and as a natural parent of A.G.; ROBERT JAY SCHWARTZ, individually and as a natural parent of J.S.; HOLLY LYNN GOVE, individually and as a natural parent of M.G.; CHELSEA ELIZABETH PERRITT, individually and as a natural parent of L.P.

    Plaintiff(s),

v.

NORTH WASCO COUNTY SCHOOL DISTRICT BOARD OF EDUCATION; CAROLYN BERNAL, in her individual capacity and in her official capacity as Superintendent of the North Wasco County Public School District; and REBECCA THISTLETHWAITE, DAWN RASMUSSEN, DAVID JONES, JOHN NELSON, BRIAN STEVENS, JOSE APARICIO, JUDY RICHARDSON, all in their individual capacities and in their capacities as members of the North Wasco County School District Board of Education,

    Defendant(s).

Case No.: 3:21-cv-01661-YY

## NOTICE OF WITHDRAWL OF INTENT TO AMEND COMPLAINT

Please take notice that Plaintiffs move to withdraw complaint due to an inability to retain counsel, time to adjust Defendants/Plaintiffs, and intent to move venue.

Defense counsel was notified on Friday, February 11th, 2022.

Respectfully submitted this 14th day of February, 2022.

*/s/ Jennifer Rae Gunter*
1601 G St.
The Dalles, OR 97058
(Telephone) 541-993-5366

*/s/ Robert Jay Schwartz ND LAC*
3135 Mill Creek Road
The Dalles, OR 97058
(Telephone) 541-296-8988

*/s/ Holly Lynn Gove*
421 W. 15th St
The Dalles, OR 97058
(Telephone) 541-993-4707

*/s/ Chelsea Elizabeth Perritt*
219 W. 14th Street
The Dalles, OR 97058
(Telephone) 503-437-8370